```
             UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Dario Manon

    v.                      Case No. 11-cv-383-PB

United States of America


ORDER

Re: Document No. 1, Motion to Vacate Sentence - 2255

Ruling: The defendant's motion seeks a resentencing. The government notes that the sentence the defendant received was within the guideline range even if my determination that the defendant was a career offender was incorrect.  Thus, it is by no means clear that the defendant would benefit from resentencing even if I were to correct the claimed error.  The defendant shall file a supplemental brief within 14 days, with citations to the sentencing hearing transcript, explaining why the defendant should receive a lower sentence if I were to determine that I erred in classifying him as a career offender. The government shall file a response to the defendant's brief within 14 days thereafter.  I will only rule on the merits of the motion if I determine that a positive ruling could affect the defendant's sentence.


Date:  March 12, 2012                  /s/ Paul Barbadoro
                                           Paul Barbadoro
                                           US District Judge

cc:   Counsel of Record